# United States District Court
# Eastern District of California

AMARPAL SINGH, Petitioner

Plaintiff(s)

V.

CHRISTOPHER CHESTNUT, et al.

Defendant(s)

Case Number: 1:26-cv-09297-TLN-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Preetkamal Singh hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner, Amarpal Singh

On November 3, 2017 (date), I was admitted to practice and presently in good standing in the Supreme Court of Texas (State Bar of Texas) (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: November 9, 2026 Signature of Applicant: /s/ Preetkamal Singh

**Pro Hac Vice Attorney**

Applicant's Name: Preetkamal Singh

Law Firm Name: Singh Law Firm, PLLC

Address: 1300 W. 19th St. #70125

City: Houston State: TX Zip: 77008

Phone Number w/Area Code: (210) 672-0404

City and State of Residence: Houston, Texas

Primary E-mail Address: SinghLawFirmPLLC@gmail.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Joseph John Siguenza

Law Firm Name: Law Offices of Ashwani Bakhri

Address: 1818 Gilbreth Rd., Suite 145

City: Burlingame State: CA Zip: 94010-1217

Phone Number w/Area Code: (650) 685-6334 Bar # 92327

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/16/2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE